UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOLORES NICHOLS, | ) | CASE NO. 1:13CV2830 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 16 ["R&R"].) In the R&R, the Magistrate Judge recommends that the Court reverse the decision of the Commissioner of Social Security and remand the matter for further proceedings. On December 8, 2014, the Commissioner filed a response in which she advised the Court that she would not be filing objections to the R&R. (Doc. No. 16.)

The Court has reviewed the Magistrate Judge's report and recommendation and adopts the same. Accordingly, the decision of the Commissioner is REVERSED, and this matter is REMANDED to the Commissioner for further proceedings consistent with the R&R and this Court's Memorandum Opinion.

**IT IS SO ORDERED**.

Dated: December 31, 2014

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**